# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7012**                      **September Term, 2023**

1:22-cv-01613-DLF

**Filed On:** July 1, 2024

David W. Noble, Jr.,

       Appellant

     v.

National Association of Letter Carriers,
AFL-CIO, et al.,

       Appellees

## O R D E R

      Upon consideration of the petition for rehearing en banc filed by appellee National Association of Letter Carriers, it is

      **ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellant file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                        BY:     /s/
                              Michael C. McGrail
                              Deputy Clerk