United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-7012  September Term, 2023

1:22-cv-01613-DLF

**Filed On:** August 7, 2024

David W. Noble, Jr.,

    Appellant

  v.

National Association of Letter Carriers,
AFL-CIO, et al.,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellee National Association of Letter Carriers, AFL-CIO's petition for rehearing en banc, the response thereto, appellee's 28(j) letter, and the absence of a request by any member of the court for a vote; and American Federation of Labor and Congress of Industrial Organizations and Laborers' International Union of North America's motion for invitation to file a brief as *amici curiae* in support of the petition for rehearing en banc, and the lodged brief, it is

**ORDERED** that the motion to file as *amici* in support of the petition for rehearing en banc be granted. The Clerk is directed to file the lodged *amici curiae* brief in support of the petition for rehearing en banc. It is

**FURTHER ORDERED** that the petition for rehearing en banc be denied.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:   /s/
               Daniel J. Reidy
               Deputy Clerk