# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-7012**                                           **September Term, 2022**

1:22-cv-01613-DLF

Filed On: February 1, 2023 [1984164]

David W. Noble, Jr.,

    Appellant

    v.

National Association of Letter Carriers,
AFL-CIO, et al.,

    Appellees

## O R D E R

The notice of appeal was filed on January 11, 2023, and docketed in this court on February 1, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 3, 2023 |
| Docketing Statement Form | March 3, 2023 |
| Entry of Appearance Form | March 3, 2023 |
| Procedural Motions, if any | March 3, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 3, 2023 |
| Statement of Issues to be Raised | March 3, 2023 |
| Transcript Status Report | March 3, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | March 3, 2023 |
| Dispositive Motions, if any | March 20, 2023 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related | March 3, 2023 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
---

**No. 23-7012**                                                      **September Term, 2022**

    Cases

    Entry of Appearance Form                                              March 3, 2023

    Procedural Motions, if any                                            March 3, 2023

    Dispositive Motions, if any                                          March 20, 2023

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                BY:    /s/
                           Amanda Himes
                           Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Memorandum Concerning Self-Representation
    Memorandum Concerning Appointment of Counsel