# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-7012
2. DATE DOCKETED: 02-01-2023
3. CASE NAME (lead parties only) David W. Noble, Jr. v. National Association of Letter Carriers, AFL-CIO
4. TYPE OF CASE:  ☒ District Ct -  ○ US Civil  ● Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action 1:22-cv-01613-DLF    Bankruptcy                      Tax
      Criminal                          Adversary
      Miscellaneous                     Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Dabney L. Friedrich           Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 12-13-2022   e. Date notice of appeal filed: 01-11-2023
   f. Has any other notice of appeal been filed in this case?  ● Yes  ○ No   If YES, date filed: 01-26-2023
   g. Are any motions currently pending in trial court?  ○ Yes  ● No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ● Yes  ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal #    ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ● No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ● Yes  ○ No
      If YES, give popular name and citation of statute Labor Management Reporting and Disclosure Act, 9 U.S.C. § 481
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No   If so, provide program name and participation dates

Signature /s/ Daniel F. Olejko           Date 03-03-2023
Name of Party David W. Noble, Jr.
Name of Counsel for Appellant/Petitioner Daniel F. Olejko
Address 901 Main St., Ste. 3800, Dallas, TX 75202
Phone ( 214 ) 785-6675      Fax ( 214 ) 785-6680

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**Save**    **Reset Form**    **Print Form**

## CERTIFICATE OF SERVICE

I certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Daniel F. Olejko*
Daniel F. Olejko
D.C. Circuit Bar No. 64141
BRAGALONE OLEJKO SAAD PC

*Counsel for Appellant*
*David W. Noble, Jr.*