IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **DAVID W. NOBLE, JR.,** | |
| Appellant, | |
| v. | No. 23-7012 |
| **NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, ALAMO BRANCH 421, AND BRANCH 9 NALC,** | |
| Appellees. | |

### APPELLANT'S NON-BINDING STATEMENT OF ISSUES TO BE RAISED

Appellant David W. Noble, Jr., by and through undersigned counsel, submits this non-binding Statement of Issues. On appeal, Appellant seeks to have the following issue(s) addressed:

1. Under 29 U.S.C. § 481(c), can a national or international labor organization such as Appellees refuse a candidate's request to publish a campaign advertisement in aid of such person's candidacy, at the candidate's expense, in a union magazine distributed to all members in good standing of the labor

1

organization, such as the *Postal Record*?

2. In concluding that Appellant's complaint failed to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6), and finding that Appellant failed to allege that the *Postal Record* is essentially campaign literature in favor of incumbents, did the district court err by ignoring Appellant's *pro se* status and failing to construe the operative complaint liberally in Appellant's favor?

Dated: March 3, 2023               Respectfully submitted,

                                           /s/ Daniel F. Olejko
Daniel F. Olejko
D.C. Circuit Bar No. 64141
BRAGALONE OLEJKO SAAD PC
901 Main St., Ste. 3800
Dallas, Texas 75202
214-785-6670
214-785-6680
dolejko@bosfirm.com

*Counsel for Appellant*
*David W. Noble, Jr.*

## CERTIFICATE OF SERVICE

I certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Daniel F. Olejko*
Daniel F. Olejko
D.C. Circuit Bar No. 64141
BRAGALONE OLEJKO SAAD PC

*Counsel for Appellant
David W. Noble, Jr.*
